MODIFY, and AFFIRM; Opinion issued January 14, 2013.



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00569-CR
No. 05-12-00570-CR
No. 05-12-00571-CR

## MICHELLE PETRICE ABRAM, Appellant

## V.

## THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause Nos. F09-55520-J, F09-61456-J, F11-63038-J

## MEMORANDUM OPINION

Before Justices Lang-Miers, Myers, and Lewis
Opinion by Justice Lang-Miers

Michelle Petrice Abram appeals from the adjudication of her guilt for aggravated assault with a deadly weapon and false report of an emergency, and for her conviction for aggravated robbery of an elderly person. *See* TEX. PENAL CODE ANN. §§ 22.02(a)(1), 29.03(a)(3)(A), 42.06(a)(1) (West 2011). In three points of error, appellant contends the judgment in each case should be modified to reflect there was no plea bargain agreement. We modify the judgments and affirm as modified. The background of these cases and the evidence admitted at trial are well known to the parties, and we therefore limit recitation of the facts. We issue this

memorandum opinion pursuant to Texas Rule of Appellate Procedure 47.4 because the law to be applied in the case is well settled.

The State agrees that appellant pleaded true to the allegations in the amended motions to adjudicate guilt, guilty to the charge of aggravated robbery of an elderly person, and true to one enhancement paragraph, all without the benefit of a plea bargain. The judgments, however, erroneously state that there was a plea bargain agreement in each case. We sustain appellant's points of error.

We modify the trial court's judgments to show there were no plea bargain terms. *See* TEX. R. APP. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27–28 (Tex. Crim. App. 1993); *Asberry v. State*, 813 S.W.2d 526, 529–30 (Tex. App.—Dallas 1991, pet. ref'd). As modified, we affirm the trial court's judgments.

ELIZABETH LANG-MIERS  
JUSTICE

Do Not Publish  
TEX. R. APP. P. 47

120569F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MICHELLE PETRICE ABRAM,
Appellant

No. 05-12-00569-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 3 of Dallas County, Texas (Tr.Ct.No.
F09-55520-J).
Opinion delivered by Justice Lang-Miers,
Justices Myers and Lewis participating.

Based on the Court's opinion of this date, the trial court's judgment adjudicating guilt is **MODIFIED** as follows:

The section entitled "Terms of Plea Bargain" is modified to show "Open."

As modified, we **AFFIRM** the trial court's judgment adjudicating guilt.

Judgment entered January 14, 2013.

ELIZABETH LANG-MIERS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MICHELLE PETRICE ABRAM,
Appellant

No. 05-12-00570-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 3 of Dallas County, Texas (Tr.Ct.No.
F09-61456-J).
Opinion delivered by Justice Lang-Miers,
Justices Myers and Lewis participating.

Based on the Court's opinion of this date, the trial court's judgment adjudicating guilt is **MODIFIED** as follows:

The section entitled "Terms of Plea Bargain" is modified to show "Open."

As modified, we **AFFIRM** the trial court's judgment adjudicating guilt.

Judgment entered January 14, 2013.

ELIZABETH LANG-MIERS
JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MICHELLE PETRICE ABRAM,
Appellant

No. 05-12-00571-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 3 of Dallas County, Texas (Tr.Ct.No.
F11-63038-J).
Opinion delivered by Justice Lang-Miers,
Justices Myers and Lewis participating.

Based on the Court's opinion of this date, the trial court's judgment is **MODIFIED** as follows:

The section entitled "Terms of Plea Bargain" is modified to show "Open."

As modified, we **AFFIRM** the trial court's judgment.

Judgment entered January 14, 2013.

ELIZABETH LANG-MIERS
JUSTICE